

TO
Circuit
Clerk

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# RECEIVED

Onassis Person

**MAR 29 2022** Cr

## THOMAS G. BRUTON
## CLERK, U.S. DISTRICT COURT

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:22-cv-01647
Blakey / Jantz
PC 8
RANDOM

vs.

Thomas J Dart

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓

      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.    Plaintiff(s):**

A.    Name: Onassis Person

B.    List all aliases: 0

C.    Prisoner identification number: 20170804064

D.    Place of present confinement: Cook County Jail - Div-11 CC

E.    Address: 2700 S California ,chicago IC 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: Thomas J Dart

Title: Sheriff OF Cook County

Place of Employment: 47 N. Polk Street

B.    Defendant: CC DOC

Title: Cook County Department OF Coorections

Place of Employment: Cook County Jail

C.    Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: N/a

B. Approximate date of filing lawsuit: N/a

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/a

D. List all defendants: N/a

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/a

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Defendant under Sheriff thomas J Dart Partially Responsable For Pest Control In Buildings within Cook County Department of Corrections. Cook County Department of Corrections is Partially Responsable For Post Control In Buildings within CCDOC and Then they are also responsible For medical treatment of Detainees. I am currently a Detainee held In Div-11 of CCDOC. meaning I am under The care of thomas J Dart and CCDOC. During my stay here on Jan-4-2022 at approximately 3:30am I awoke Due Too a sharp Pain on my lip I got up and Felt Something crawling around my Jawline, I Instictivly Brushed It off, I turned on The right Looking For Bite marks around my lips, and I notice a Bump, I notice It wasn't Itching, our Burning So I Took something for the Pain, I tried to go Back To Sleep, But I had Difficulties sleeping, when shift change I Informed The officer about my (maladies) (Pain, Bump on lip, Trouble Sleeping) I also Requested a medical slip, But I Ended up getting a medical slip from another

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Detainee. The officer Didn't get back to me about medical services. So second shift came and I ask the officer To get me medical treatment, he called medical and They say They would see me Tomorrow. The next day my pain got worse, and my lip got bigger, I couldn't sleep. I ask the officer To get medical treatment and he told me to Drop a slip. I told him I already Did. he never called medical for me. So I ask The sergent To get medical treatment, he told me he would, but never got back to me, so another Day went pass without medical treatment. my lip got bigger and more pain came. The next Day I came out, I asked the officer across the hall To get medical treatment and he took me to health care to get treatment I seen a nurse, They didn't know what it was. So they sent me to Cermack. I went to Cermack for the Doctor To see, he checked me out and tried to tell me it was Herpes. I know, I Don't have that, because It was Infected and swole and my lip was turning colors. So he kept me in Cermack on 3 north until a Doctor came and See me he checked it out and told me I had to go to a outside hospital, I went to Stroses hospital. where nurses and Doctors Looked at my lip. They Didn't know what it was, so They called a specialist to check it out they made a incision To take a sample of the Infection out of my lip and started To squeeze Some of thee Infection out and Blood.

5

Revised 9/2007

They Put a Incert In my liP to keeP It oPen So The Infection and Blood Could keep Draining. They Put me on antibioctis and Pain meDs. I went Back To CCDOC To The hosPtcL wing where The nurses Could moniter me. I was uP there 2 weeks getting the Infection out my liP. During That time, I Couldn't Eat. I haD To Go on In Sures. The Pain meDs wasn't working So They had To UPGrade to some stronger Pain meDs. and They uP The antibioctis.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I The Plaintiff Respectively Request That I Receive appropriate compensatory measures from Problems arising from physical harm and Emotinal Distress the plaintiff Request To Be Compensated In the amount of $200,000

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _Cnassif_ day of _3-7_, 20 _22_

_Cnassis Person_
(Signature of plaintiff or plaintiffs)

_Cnassis Person_
(Print name)

_20170804064_
(I.D. Number)

_2700 S. California_
_Chicago IL, 60608_
(Address)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Onassis Person
2070804064
Po Box 089000
Chicago IL, 60608
Div-11-cc-107

1:22-cv-01647
Blakey / Jantz
PC 8
RANDOM



03/29/2022-1

Prisoner Correspondent united states
District Court
219 S. Dearborn Street 20th Floor
Chicago, IL, 60604



CERTIFIED MAIL

7018 1830 0000 7713 2084



NEOPOST
03/25/2022
US POSTAGE $016.05⁰

PRIORITY MAIL
ZIP 60608
041M11297257

7018 1430 0000 7717 2084