

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**RECEIVED**

MAY 19 2022 SH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Onassis Person

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

CCDOC vs.
Health Care Services
Thomas J. Dart

Case No: 22 C 1647
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: Onassis Person

   B. List all aliases: "O"

   C. Prisoner identification number: 20170804064

   D. Place of present confinement: Cook County Department Of Corrections

   E. Address: 2700 S. California

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Cook County Health Care Services

   Title: Healthcare Services

   Place of Employment: Cook County Department of Corrections

   B. Defendant: Thomas J Dart

   Title: _____

   Place of Employment: _____

   C. Defendant: _____

   Title: _____

   Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: none

    B. Approximate date of filing lawsuit: none

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: none

    D. List all defendants: none

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): none

    F. Name of judge to whom case was assigned: none

    G. Basic claim made: none

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): none

    I. Approximate date of disposition: none

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I woke up at 3:30 am In The morning and Brushed something off my face. When I got up and had a closer Inspection of my lip In the mirror. It was a Bump, I was In Extreme Pain I asked The C.o at that time could he Get me medical treatment, he Told me he would call, and he Told me me to Drop a Request slip, I did Drop a Request slip they still didn't call me, So the next day I asked him again to Get me medical treatment he Told me they didn't answer. Told me to Drop another medical slip I Told him I already Did. Something happens by the 2cnd Day, I'm Still In Pain can't Eat or Sleep and Lip getting Bigger from the Infection. So the 3rd Day, I asked another CO To Get me down to medical and that's when I made it down to health care. So when I got to health care The nurse on call Examined it and Told me he Think it's a cold sore, an herpes But I'm telling him Something Bit me he say he didn't know. So he sent me To Permac(l.) When I seen the Doctor over there

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

he Looked at it and told me that it's infected and tryed to give me antiboticts. I told him they not working, and thats its getting worse every day. So they kept me in DIv 8 cemerc wing for closer Inspection. So the Forth Day, a Doctor came to see me and see how Bad it's gotten, and he tid me that's it really bad, and sent me to stroger hospital to out side care. I got there, and like 6 Doctors came and seen me, and had to run test on me. That's when a Specialist came to see me and start cutting on my lip. They sliced it open to get the Infection out. They gave me pain pills and up my doe on the antibiotics. During all this I fill if I could have gotten to (health care) ealier. The Damage that was caused, wouln't have been that bad. I couldn't Eat for 2weeks. They had me on Ensures for Food. I fill (health care services) could have did a better job on taking care of my problems that were caused. Cook County Department of Corrections they waited 4 Days to help me with my Insect Bite.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want The Court To find Compensation for my Injury and Pain That I went through In the Cook County Jail Due To The Insect That Bit me on my lip and Around Jawline. I want $100,000 Dollars.

**VI.**   The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  5  day of  16 , 20 22

Onassis Person
(Signature of plaintiff or plaintiffs)

Onassis Person
(Print name)

20170580 4064
(I.D. Number)

2700 S California
(Address)

JUDGE                              CASE NO.
John Robert Blakey          22 C 1647











Onassis Person
20M0801706
P.O Box 08903
Chicago, IL 60608

Office of Clerk of The U.S. District Court
219 S. Dearborn Street 20th Floor
Chicago, IL 60604





