SM

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Chassis Person
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Pest Control
_____

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**RECEIVED**

MAY 19 2022 SH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 22 C1647
(To be supplied by the <u>Clerk of this Court</u>)

CHECK ONE ONLY:           **AMENDED COMPLAINT**

✓ _____   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: Chassis Person

   B. List all aliases: "O"

   C. Prisoner identification number: 20170804064

   D. Place of present confinement: Cook County Department of Corrections

   E. Address: 2700 S. California

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Pest Control

   Title: Pest Control

   Place of Employment: Cook County Department of Corrections

   B. Defendant: _____

   Title: _____

   Place of Employment: _____

   C. Defendant: _____

   Title: _____

   Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                                 Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: none

    B. Approximate date of filing lawsuit: none

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: none

    D. List all defendants: none

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): none

    F. Name of judge to whom case was assigned: none

    G. Basic claim made: none

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): none

    I. Approximate date of disposition: none

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.** **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was sleeping in the cell 109 on CC Div-11 when a Insect Bit me on and around my Jawline. It cause my lip to swell and get infected. I know the pest control people are suppose to come around and spray and do other thing to keep us safe and know one have been coming around to keep the insect problem down so I'm making a claim. I hope by me saying something that they can fix this problem. and so other inmates don't have to go through what i went through.

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5                                                                Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the court to find compensation for the pain and injury I went through in the Cook county jail. Due to the insect that bit me on my lip and crown jawline I want $200,000.

**VI.**   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___5___ day of ___10___, 20_22_

_____
(Signature of plaintiff or plaintiffs)

Onassis Person
(Print name)

20080404064
(I.D. Number)

2700 S. California
(Address)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



# COOK COUNTY SHERIFF'S OFFICE
## OFFICE OF PROFESSIONAL REVIEW
### COMPLAINT REGISTER

## GENERAL INFORMATION

| NAME (LAST, FIRST, M.I.): | AGE: | BIRTH DATE: | HOME #: | WORK/OTHER #: | HOME ADDRESS: |
|---|---|---|---|---|---|
| Person,onassis,T | 33 | 04-25-1988 | 708-289-3235 | 773-606-9608 | 737 South Summit Ave |

| CITY: | STATE: | ZIP CODE: | STATE IDENTIFICATION/DRIVER LICENSE #: | STATE OF ISSUANCE: |
|---|---|---|---|---|
| Villa Park | IL | 60181 | | IL |

## COMPLAINT INFORMATION

| DATE OF INCIDENT: | TIME OF INCIDENT: | LOCATION OF INCIDENT: |
|---|---|---|
| Jan-4-2022 | 3:00 am | Div-11-cc-109 |

PROVIDE NAMES, BADGE NUMBERS, SQUAD NUMBER OR LICENSE PLATE, and/or PHYSICAL DESCRIPTION OF THE OFFICER AGAINST WHOM YOU WISH TO FILE THE COMPLAINT:

Thomas J Dart

## WITNESS INFORMATION
(Provide contact information for any witnesses you wish to be contacted during the investigation.)

| NAME: | ADDRESS: | CITY: | STATE: | ZIP: | HOME PHONE #: |
|---|---|---|---|---|---|
| Daniel Rivera | 2700 South California | Chicago | IL | 60608 | 708-539-5191 |
| Steven Cardenas | 2700 South California | Chicago | IL | 60608 | 708-769-6695 |
| Michael Ramos | 2700 South California | Chicago | IL | 60608 | 312-686-2572 |
| Martinas st deGvila | 2700 S California | Chicago | IL | 60608 | 630-312-0743 |
| James Celestin | 2700 S California | Chicago | IL | 60608 | 773-830-3148 |

## NARRATIVE
(Provide a full detailed account of your complaint and the nature of the incident)

I woke up on 1-4-22 at 3:30 am In Pain wondering what was going on with me as I looked In the mirror. I notice slight swelling on my lip and wondered what happen. I tried to go Back to sleep but I couldn't because the pain was unbearable. So I came out In the morning and Told the police officer. I needed to go to healthcare and see whats going on, and they told me they would call and never did. So I Put In a medical slip. The next Day my lip got bigger and bigger, and I couldn't eat, I couldn't sleep at all due to the pain I was In. I told the officer again that I needed medical treatment But he still didn't get me any help. I told the white shirt as in the sergent what was going on and he told me he would check into it. So another Day goes pass without me recieving

CONTINUE ON ADDITIONAL PAGE

medical treatment. So again I had to go back in the cell where and Inmate Bit me. I still couldn't Sleep our Eat. my head was hurting from The Pain I was in. So The 3rd Day I came out with The same Problem with my lip swelling more and more and more pain. I had to ask another officer could he please help me get medical treatment because I'm in pain. And that's when I got to the healthcare services. they sent me to Cermack to get Examine. I didn't return to the wing were The Incident happened). I went to 3n. medical wing where a doctor seen the Injury. and sent me To an outside hospital. I had to get my lip cut open Due to the Infection That was In my lip. and had to take meds. I Beleive If I could have got medical treatment Easier, I could have not went to strogers to get operated on. I went through Physical harm and emotional Distress

PLEASE BE AWARE THAT IF YOU ALLEGE INJURIES AS A RESULT OF THIS INCIDENT, DUE TO FEDERAL PRIVACY LAWS ON THE RELEASE OF MEDICAL RECORDS, YOU MUST PROVIDE COPIES OF YOUR RELEVANT MEDICAL RECORDS REGARDING ANY EXAMINATION OR TREATMENT TO THE SHERIFF'S OFFICE INVESTIGATING UNIT TO BE MADE PART OF THE INVESTIGATION.

| COMPLAINANT'S SIGNATURE: | PRINT NAME: | DATE: |
|---|---|---|
| Onassis Pe [signature] | Onassis Person | 2-28-22 |

Please email/mail a completed and signed complaint form to: Email:
CCSO.OPR@CCSHERIFF.ORG
Mail: Office Of Professional Review
3026 South California Ave
Chicago IL, 60608

(FCN-31)(APR 21)

Case: 1:22-cv-01647 Document #: 7 Filed: 05/19/22 Page 9 of 13 PageID #:95



# INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡Para ser llenado solo por el personal de Inmate Services!)*

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

**PRINT - INMATE LAST NAME** *(Apellido del Preso)*: Pesson
**PRINT - FIRST NAME** *(Primer Nombre)*: Onassis
**INMATE BOOKING NUMBER** *(# de identificación del Preso)*: 20170804064
**DIVISION** *(División)*: 10
**LIVING UNIT** *(Unidad)*: IC-1301
**DATE** *(Fecha)*: 1-20-22

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

*[Spanish translation of above guidelines]*

**REQUIRED - DATE OF INCIDENT** *(Fecha del Incidente)*: 1-7-22
**REQUIRED - TIME OF INCIDENT** *(Hora del Incidente)*: Between 9:30pm to 4:30
**REQUIRED - SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico del Incidente)*: DIV-11-CC-109
**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** *(Nombre y/o Identificación del Acusado)*: Dart, ~~Sgt~~ Tom

I was sleeping in the cell when something bit me in the corner of my mouth. I woke up and noticed a bump on my lip and it swell, it swell, now have a spot/scar and got bigger and bigger and turned colors. I asked for medical attention for 3 days before I was seen. As a result, I had to go outside to a hospital, there I was told the tissue inside my lip had to be removed and stitched up. But now am still in a lot of individual pain/issues. I've been in a lot of pain, can't sleep, keep me sick, and give me cheap, easy to the way out. So now I'm trying to know this issue or make it a special for grow.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE:** *(Firma del Preso)*: [signature]

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** 1/3/111
**SIGNATURE:** [signature]
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 1/24/22
**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-73)(NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

| CONTROL # | INMATE ID # |
|---|---|
| | |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (¡Para ser llenado solo por el personal de Inmate Services !)

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

**PRINT - INMATE LAST NAME** (Apellido del Preso): Person
**PRINT - FIRST NAME** (Primer Nombre): Onassis
**INMATE BOOKING NUMBER** (# de identificación del Preso): 20170804064
**DIVISION** (División): 10
**LIVING UNIT** (Unidad): 1C-1301
**DATE** (Fecha): 2-3-22

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante.
- La solitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificador del Acusado) |
|---|---|---|---|
| 1-7-22 | Between 9:30pm to 4:30am | Div-11-CC-109 | Tom Dart |

I wrote a grievance about the above date when I got bit by a spider and I tried to get medical treatment for 3 days, and know one tried to help. Then after that, I had to go to the hospital to get my lip cut open to get the infection cut. I been trying to ~~get~~ grieve the issue but in cermak on 3 north and 3W I kept trying to get a grievance but they never filled the boxes up. So when I came to Div-10-1C I got the grievance and turned it in to the counselor. So that's not on me that's on your staff, same as you can see I filled it out on 1-26-22 the counselor sign to 1-24-22

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** (Nombre del personal o presos que tengan información):

**INMATE SIGNATURE:** (Firma del Preso): [signature]

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| Bell | [signature] | 2/7/22 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-73)(NOV 17)    (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## NON-COMPLIANT GRIEVANCE RESPONSE FORM
*(Interno no Queja Solicitud Respuesta)*

NC22U360

### INMATE INFORMATION

| Field | Value |
|---|---|
| PRINT - INMATE LAST NAME | PERSIN |
| PRINT - FIRST NAME | Onassis |
| INMATE BOOKING NUMBER | 20170804064 |
| DIVISION | 10 |
| LIVING UNIT | 1C |
| INMATE'S GRIEVANCE FORM DATE | 1-20-22 |
| INMATE # (SHORT #) | 05Z6l8a4 |
| GRIEVANCE CODE | 410 |
| DETERMINED BY C.R.W. | V Ball CRW |

### REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE

Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted

☒ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
☒ The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
☐ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.
☐ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.
☐ The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
☐ Offensive or harassing language was used
☐ The grievance form contains more than one issue.
☐ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.
☐ Other reason not listed

### RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA

El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.

☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.
☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro los 15 días calendarios.
☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.
☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.
☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.
☐ La solitud de la queja contiene más de un asunto.
☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.
☐ Otra razón

✦ Non Compliant ✦ — See Above —

The grieved issue did not occur within the last 15 calendar days. Crw did Forward A Copy of your concerns to the Shift Commander

| NAME OF INDIVIDUAL RESPONDING | SIGNATURE OF INDIVIDUAL RESPONDING | DATE |
|---|---|---|
| VBall | [signature] | 1/24/22 |

### INMATE SIGNATURE

| INMATE'S SIGNATURE OF RECEIPT | DATE RESPONSE RECEIVED |
|---|---|
| [signature] | 1/27/22 |

(FCN-40c)(AUG 16)     (WHITE COPY – INMATE SERVICES)     (YELLOW COPY – CRW/PLATOON COUNSELOR)     (PINK COPY – INMATE)






Chassis Person
20M0801/061
P.O.Box 08900
Chicago,IL, 60608

Office of Clerk of The U.S. District court
219 S. Dearborn Street 20th Floor
Chicago, IL, 60604

INSPECTED BY THE UNITED STATES

05/19/2022-9

